IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      Case No.: 1:18-CR-10038-STA

Michael Boutin
    Defendant.

ORDER CONTINUING SENTENCING DATE AND NOTICE OF RESETTING

The sentencing date in this matter is currently set for January 15, 2019, before Chief Judge S. Thomas Anderson. The sentencing hearing in the above styled matter is hereby reset to **Friday, January 18, 2019, at 2:45pm** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Entered this the 14th day of January, 2019.

                                                      s/S. Thomas Anderson
                                                      Chief United States District Judge