# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

**UNITED STATES OF AMERICA,**

    Plaintiff,

**VS.**                                                        **CR. NO. 18-10038-STA-2**

**MICHAEL BOUTIN,**

    Defendant.

___

# ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING
___

This cause came on upon the motion of the Defendant to continue the sentencing hearing set on January 18, 2019 at 2:45 p.m. For good cause shown, the Court hereby grants the Defendant's motion. The case is hereby reset to **Tuesday, February 12, 2019 at 9:30 a.m.**

**IT IS SO ORDERED** this 17th day of January, 2019.

                                                       s/S. Thomas Anderson
                                                       **S. THOMAS ANDERSON**
                                                       **CHIEF U.S. DISTRICT JUDGE**